IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAIL A. TIERNEY and<br>SHAWN B. BIGGS,<br><br>　　　　Defendants. | )<br>)<br>)　　Case No. 8:06CR242<br>)<br>)<br>)　　**REPORT AND RECOMMENDATION**<br>)　　**AND ORDER**<br>)<br>)<br>)<br>) |

　　　This case came before the court on September 25, 2006, on defendant Gail A. Tierney's Motion for Disclosure of Confidential Informant [17]. Defendant Shawn B. Biggs' Motion to Join Co-Defendant's Motion [25] was granted. At the conclusion of the hearing, I stated on the record my decision to recommend that the Motion for Disclosure be denied. In accordance with that announcement,

　　　**IT IS RECOMMENDED** to the Honorable Laurie Smith Camp, United States District Judge, that the Motion for Disclosure [17] be denied in all respects.

　　　**FURTHER, IT IS ORDERED:**

　　　1.　The clerk shall cause an expedited transcript of the hearing to be prepared and filed.

　　　2.　Pursuant to NECrimR 57.3, any objection to this Report and Recommendation shall be filed with the Clerk of the Court within ten (10) days. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

　　　Dated this 25th day of September 2006.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　S/ F.A. Gossett
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge