IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR242 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| SHAWN B. BIGGS, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Continue Change of Plea Date [55].  The government has no objection.   Good cause being shown, the motion will be granted and the Change of Plea hearing will be continued.

IT IS ORDERED:

1.     That the defendant's Motion to Continue Change of Plea Date [55] is granted.

2.     That the Change of Plea hearing is continued to **January 23, 2007** at **3:00 p.m.** before  Magistrate Judge F.A. Gossett, Courtroom No. 6, 2nd Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3.     The time between **December 27, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 27th day of December, 2006.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge