IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR242 |
| Plaintiff, | ) | |
| vs. | ) | TENTATIVE FINDINGS |
| SHAWN B. BIGGS, | ) | |
| Defendant. | ) | |

The Court has received the Presentence Investigation Report ("PSR") in this case. The parties have not objected to the PSR. *See* Order on Sentencing Schedule, ¶ 6. The government adopted the PSR. (Filing No. 71.) The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 2005 WL 50108 (U.S. Jan. 12, 2005), the sentencing guidelines are advisory.

Although the government adopted the PSR and the Defendant has not objected to the PSR, the Court notes that the PSR contemplates a higher drug quantity than the quantity agreed upon by the parties in the plea agreement. The discrepancy will be discussed at the sentencing hearing. The Court's tentative finding is that the amount reflected in the plea agreement that could be proved beyond a reasonable doubt should be upheld.

IT IS ORDERED:

1. The Court's tentative findings are that the PSR should be amended to reflect the drug quantity that appears in the plea agreement;

2. The PSR is correct in all other respects;

3. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion

challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

4. Absent submission of the information required by paragraph 3 of this Order, my tentative findings may become final; and

5. Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 2nd day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge