UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR242 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| SHAWN BIGGS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture and <u>Memorandum</u> Brief (Filing No. 86). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On February 15, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c), 5872, based upon the Defendant's plea of guilty to Counts I, III and IV of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a 12 gauge shotgun and $2,050.00 in United States currency, was forfeited to the United States.

2. On March 8, 15 and 22, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on April 23, 2007 (Filing No. 85).

3. The Court has been advised by the United States that no Petitions have been filed. From a review of the Court file, the Court finds that no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 86) is hereby sustained.

B.   All right, title and interest in and to the subject properties, i.e., a 12 gauge shotgun and $2,050.00 in United States currency, held by any person or entity, are hereby forever barred and foreclosed.

C.  The subject properties, i.e., a 12 gauge shotgun and $2,050.00 in United States currency, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 10th day of May, 2007.

**BY THE COURT:**

s/ Laurie Smith Camp
**United States District Court**